**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: December 7, 2023**
**HEARING TIME: 1:00 P.M.**
**LOCATION:  Tacoma, Washington**
**RESPONSE DATE: November 30, 2023**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 23-41711-MJH |
| JAMES JACKSON and LUCAS JACKSON, | TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtors. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to

confirmation as follows:

## BACKGROUND

Debtors filed this Chapter 13 case on October 5, 2023.  The applicable commitment

period is thirty-six months.  The case is currently in the first month and the Meeting of Creditors

has been completed.  The bar date for filing non-governmental claims is December 14, 2023.

Scheduled unsecured claims total $0.00.  The Trustee estimates that under the proposed plan

general unsecured creditors will receive approximately $0.00.

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

## OBJECTION

☒ Plan is not feasible:

The plan is not adequately funded to pay administrative expenses and all secured, priority and unsecured claims provided for payment in the plan. Specifically, the plan is not feasible to pay the liquidation value based on plan payments alone. *See* Declaration of Tracy Maher.

☒ Plan does not meet the best interests of creditors test as required by 11 U.S.C. § 1325(a)(4):

Trustee believes that Debtors' transfer of real property into the Troy and Cloey Trust within the state lookback period may be avoidable. Trustee and counsel have discussed the issue and determined to wait until the expiration of the non-governmental claims bar date to determine if Debtors can propose a 100% plan by liquidation value with interest to resolve that issue. Trustee reserves the right to bring an adversary proceeding after that time should Debtors be unable to propose such a plan.

☒ Schedules or other documentation insufficient:

1) Schedules A/B & C should be amended to disclose Debtors' potential legal claims referenced in their section 341(a) testimony. In addition, the plan should be amended to specifically commit any non-exempt proceeds from those claims to the liquidation value of the plan.

2) Schedule I currently indicates that James Jackson "sometimes" receives additional income through the GI Bill, but that he is not currently receiving that income. ECF No. 10 at 21. Per his section 341(a) testimony, Debtor is currently receiving those funds. Schedules I & J should be amended to accurately reflect Debtors' current financial situation.

3) The Statement of Financial Affairs should be amended to disclose all of Debtors' historical income.

4) Trustee has requested, but not yet received, a copy of Debtors' liquidation analysis.

☒ Other:

Trustee's investigation is ongoing. He reserves the right to raise additional objections if additional grounds are discovered.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and

Debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the

hearing on the next available motion calendar after the 14 days expires. If the Motion to

Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the

Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 3rd day of November, 2023.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

## CERTIFICATE OF MAILING

I declare under penalty of perjury under the laws of the United States as follows: I mailed via regular mail a true and correct copy of the Trustee's Objection to Confirmation with Strict Compliance and Declaration to the following:

James & Lucas Jackson
8702 – 123rd St. E.
Puyallup, WA 98383

The following parties received notice via ECF:

*Brett Wittner
*US Trustee

Executed at Tacoma, Washington on the 7th day of November, 2023.

/s/Tracy Maher
Tracy Maher
Office Manager

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600