# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 23-41711-MJH |
| JAMES JACKSON and LUCAS JACKSON, | DECLARATION OF TRACY MAHER IN SUPPORT OF OBJECTION TO CONFIRMATION |
| Debtors. | |

I, Tracy Maher hereby declare that the following statements are true and correct to the best of my knowledge, and I am subject to penalty of perjury under the laws of the United States:

1. I am over the age of eighteen, a resident of the United States of America, and otherwise competent to provide the following testimony from my personal knowledge.

2. I am employed by Michael G. Malaier, Chapter 13 Trustee charged with administering the instant bankruptcy estate.

3. Debtors' liquidation is $223,457.65.  Funds committed to the plan over sixty months total only $30,000.00.  Therefore, the plan is underfunded.

DECLARATION IN SUPPORT OF OBJECTION TO
CONFIRMATION - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-1601

Case 23-41711-MJH    Doc 16-1    Filed 11/07/23    Ent. 11/07/23 10:09:42    Pg. 1 of 2

4. I will provide any further information required by the Court to assist in its adjudication of the issues presented in the Objection to Confirmation.

**EXECUTED** at Tacoma, Washington this 7th day of November, 2023.

/s/Tracy Maher
Tracy Maher, Office Manager for
Michael G. Malaier, Chapter 13 Standing Trustee

DECLARATION IN SUPPORT OF OBJECTION TO
CONFIRMATION - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 23-41711-MJH    Doc 16-1    Filed 11/07/23    Ent. 11/07/23 10:09:42    Pg. 2 of 2