IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 23-41711 |
|---|---|
| JAMES JACKSON and LUCAS JACKSON, | ORDER RE: PROOF OF CLAIMS FILED BY SARAH DEVOIR (#4) AND REGINA ALONSO (#5) |
| Debtors. | |

THIS MATTER having come before the Court upon the motion of the Debtors, by and through their attorney, Brett L. Wittner, notice having been provided to all interested parties and any objections having been reviewed by the Court, it is hereby

///

///

ORDER RE: PROOF OF CLAIM -1-
FILED BY SARAH DEVOIR AND
REGINA ALONSO

MORTON McGOLDRICK
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

ORDERED that Debtors' Objection to Claim #4 of Sarah Devoir is hereby SUSTAINED. The claim of Sarah Devoir shall be denied in its entirety as a general unsecured claim. It is further

ORDERED that Debtors' Objection to Claim #5 of Regina Alonso is hereby SUSTAINED. The claim of Regina Alonso shall be denied in its entirety as a general unsecured claim.

///End of Order///

Presented by:

 /s/ Brett L. Wittner
Brett L. Wittner, WSBA # 27657
Attorney for Debtors

ORDER RE: PROOF OF CLAIM
FILED BY SARAH DEVOIR AND
REGINA ALONSO

-2-



MORTON McGOLDRICK
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338