## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re:

James Jackson and Lucas Jackson,

                Debtors.

Chapter 7

Case No. 23-41711 (MJH)

**RESPONSE OF SARAH AND REGINA ALONSO TO DEBTOR'S OBJECTION TO CLAIMS**

       Sarah ("Sarah") and Regina Alonso ("Regina") hereby respond to the Objection (the "Objection") of James Jackson and Lucas Jackson (the "Debtors") to claim numbers 4 and 5 filed by the Respondents. In support of their response, the Respondents respectfully state as follows:

### PROCEDURAL HISTORY, RELEVANT FACTS AND RESPONSE

       1.    On March 2, 2023, Sarah commenced a lawsuit against the Debtors and other defendants in the Western District of Michigan. *See Sarah v. Google LLC, et al.*, Case No. 23-cv-00223 (W.D. Mich.) ("Sarah's Action"). A true and correct copy of the complaint in Sarah's Action is attached hereto as **Exhibit A**. Through the Complaint, Sarah asserted claims against Debtors stemming from the Debtors' grooming of Sarah while she was a minor with the intent of sexually assaulting her and Debtor James Jackson's rape of Sarah. The Complaint further asserts claims against the Debtors' based on their defamation of Sarah after she was raped by Debtor James Jackson.

RESPONSE OF SARAH AND REGINA ALONSO TO
DEBTOR'S OBJECTION TO CLAIMS
1 of 1



701 Fifth Avenue, Suite 4300
Seattle, WA 98104
(206) 462-4334 | Fax: (206) 623-3624

2. The Objection asserts that Sarah did not state an amount of damages. Sarah will amend her claim to assert damages in an amount of no less than $5,000,000 against the Debtors.

3. Sarah's claim may not be adjudicated by this Court as a personal injury claim pursuant to, inter alia, 28 U.S.C. §157(b)(2)(B). Sarah reserves all rights regarding adjudication or liquidation of her claim, including a right to a Jury Trial.

4. On February 8, 2023, Regina commenced a lawsuit against the Debtors and other defendants in the Middle District of Florida. *See Regina Alonso v. Google LLC, et al.*, Case No. 23-cv-00091 (M.D.Fl.) ("Regina's Action"). A true and correct copy of the complaint in Regina's Action is attached hereto as **Exhibit B**. Through the Complaint, Regina asserted claims against Debtors stemming from the Debtors' grooming of Regina with the intent of sexually assaulting her while she was a minor. In addition, Debtor Lucas Jackson is or was in possession of pornographic images of Regina taken while she was a minor. The Complaint asserts claims against the Debtors on account of their attempts to traffic Regina for purposes of engaging in sex acts while Regina was a minor and against Debtor Lucas Jackson for possession of pornographic images of Regina while she was a minor.

5. The Objection asserts that Regina did not state an amount of damages. Regina will amend her claim to assert damages in an amount of no less than $5,000,000 against the Debtors.

6. The Objection asserts that Regina's claim should be denied because it did not attach any documentation. A claim for personal injury is not required to attach documentation. Moreover, the Debtors were and are fully aware of the basis for Regina's claim. Regina's Action is identified and listed on the Debtors' Statement of Financial Affairs. *See* Docket No. 10, Part 4, question 9. Nevertheless, Regina hereby amends her claim by incorporating Exhibit B therein by reference.

RESPONSE OF SARAH AND REGINA ALONSO TO
DEBTOR'S OBJECTION TO CLAIMS
2 of 3



701 Fifth Avenue, Suite 4300
Seattle, WA 98104
(206) 462-4334 | Fax: (206) 623-3624

Case 23-41711-MJH    Doc 27    Filed 05/01/24    Ent. 05/01/24 16:54:31    Pg. 2 of 4

7. Regina's claim may not be adjudicated by this Court as a personal injury claim pursuant to, inter alia, 28 U.S.C. §157(b)(2)(B). Regina reserves all rights regarding adjudication or liquidation of her claim, including a right to a Jury Trial.

**WHEREFORE**, the Respondents hereby request that the Court overrule the Objection and grant such other and further relief as the Court may deem just, proper and equitable.

Dated: May 1, 2024
      New York, NY

PACHULSKI STANG ZIEHL & JONES LLP

By:   /s/ Ilan D. Scharf
Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
ischarf@pszjlaw.com

*Counsel to the Respondents*

THE HABA LAW FIRM, P.A.

/s/ Lisa D. Haba
Lisa D. Haba
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

*Counsel to the Respondents*

MARSH LAW FIRM PLLC

/s/ James R. Marsh
James R. Marsh
Margaret E. Mabie
31 Hudson Yards, 11th Floor
New York, New York 10001



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
701 Fifth Avenue, Suite 4300
Seattle, WA 98104
(206) 462-4334 | Fax: (206) 623-3624

Telephone: (212) 372-3030
jamesmarsh@marsh.law
margaretmabie@marsh.law

*Counsel to the Respondents*

PFAU COCHRAN VERTETIS AMALA PLLC

Jason Amala
701 Fifth Avenue, Suite 4300
Seattle, WA 98104
Telephone: (206) 451-8260
jason@pcvalaw.com

<u>CERTIFICATE OF MAILING</u>

I declare under penalty of perjury under the laws of the United States as follows: I mailed via regular mail a true and correct copy of the Response of Sarah and Regina Alonso To Debtor's Objection to Claims to the following:

    James & Lucas Jackson
    8702 – 123rd St. E.
    Puyallup, WA 98383

    The following parties received notice via ECF:
    *Brett Wittner
    *US Trustee

Executed at Seattle, Washington on the 1st day of May, 2024.

                                   /s/Dominika Falkowski
                                   Dominika Falkowski
                                   Legal Assistant

RESPONSE OF SARAH AND REGINA ALONSO TO
DEBTOR'S OBJECTION TO CLAIMS
4 of 4



701 Fifth Avenue, Suite 4300
Seattle, WA 98104
(206) 462-4334 | Fax: (206) 623-3624

Case 23-41711-MJH    Doc 27    Filed 05/01/24    Ent. 05/01/24 16:54:31    Pg. 4 of 4