# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

JAMES JACKSON and
LUCAS JACKSON,

Debtors.

Case No.: 23-41711-MJH

ORDER SUSTAINING TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE

**NOTICE** that the failure to file a feasible, amended, Chapter 13 Plan and notice it for hearing in accordance with the terms of this Order may result in the Trustee or objecting party submitting an order dismissing this Chapter 13 proceeding without further notice.

**THIS MATTER** having come before the above entitled Court pursuant to the confirmation hearing, the Trustee having appeared by and through his attorney, Mathew S. LaCroix, and the Debtors having appeared by and through their attorney, Brett Wittner, the Court having reviewed the record and heard argument of the parties, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Trustee's objection to confirmation is **SUSTAINED** and confirmation is **DENIED**; it is further

ORDER SUSTAINING OBJECTION TO CONFIRMATION - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

**ORDERED, ADJUDGED and DECREED** that the Debtors shall file a feasible amended plan no later than 5/17/2024 and that the Debtors note said amended plan for hearing with the requisite notice as required by Fed. R. Bankr. P. 2002(b) on the next available Chapter 13 motion calendar; it is further

**ORDERED, ADJUDGED and DECREED** that failure to file a feasible, amended, Chapter 13 Plan and notice it for hearing in accordance with the terms of this Order may result in the Trustee submitting an order dismissing this Chapter 13 proceeding, without further notice;

**ORDERED, ADJUDGED and DECREED** that the Trustee's Office shall file a proof of service verifying notice of this order was given to the Debtors, Debtors' counsel and any other party requesting notice.

///End of Order///

Presented by:

_[signature]_
_____
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

ORDER SUSTAINING OBJECTION TO CONFIRMATION - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600