MORTON MCGOLDRICK, PLLC
820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, WA 98401
(253) 627-8131

Hon. Mary Jo Heston
Chapter 13 Proceeding

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| In Re: | NO. 23-41711 |
|---|---|
| JAMES JACKSON and LUCAS JACKSON, | EX PARTE MOTION TO DISMISS CHAPTER 13 CASE |
| Debtors. | |

COMES NOW the Debtors, James and Lucas Jackson, by and through their attorney of record, Brett L. Wittner of MORTON McGOLDRICK, PLLC, and hereby motions for the dismissal of their Chapter 13 bankruptcy. The motion is based on the facts as follows:

1. Debtors filed for relief under Chapter 13 of the Bankruptcy Code on October 5, 2023.

2. Debtors' plan has not yet been confirmed.

3. Debtors are eligible for the relief pursuant to Section 1307(b) of the bankruptcy code.

WHEREFORE, Debtors respectfully request an order dismissing this Chapter 13 bankruptcy.

DATED this 6th day of May, 2024.

/s/ Brett L. Wittner
Brett L. Wittner, WSBA # 27657
Attorney for Debtors

EX PARTE MOTION TO DISMISS CHAPTER 13 CASE    -1-

MORTON McGOLDRICK ATTORNEYS AT LAW
820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

Case 23-41711-MJH    Doc 33    Filed 05/06/24    Ent. 05/06/24 12:58:26    Pg. 1 of 1